IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-00047-03 |
| v. | ) | |
| | ) | Judge Nixon |
| ANTHONY JOHNSON | ) | |

# ORDER

Pending before the Court is a Joint Motion to Continue ("Motion"), in which Defendant Anthony Johnson and the Government request the Court continue Mr. Johnson's revocation hearing for at least sixty days. (Doc. No. 390.) As grounds for their request, the parties state the continuance will allow Mr. Johnson to continue drug treatment and improvement, as well as provide the Court with more information for the resolution of this matter. (*Id.*) Accordingly, the Motion is **GRANTED**, and Mr. Johnson's revocation hearing is **CONTINUED** to **Thursday, September 18, 2014, at 10:00 am.**

It is so ORDERED.

Entered this the __21 day of July, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT