IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00047-3 |
| v. | ) | |
| | ) | Judge Nixon |
| ANTHONY JOHNSON | ) | |

## ORDER

Pending before the Court is Defendant Anthony Johnson's Motion to Continue ("Motion"), in which Mr. Johnson requests the Court continue his revocation hearing until November. (Doc. No. 393.) Mr. Johnson states that his employment and benefits would be jeopardized by his absence for court at this time, and his supervising officer and the Government do not object to a continuance. (*Id.*) Accordingly, the Motion is **GRANTED**, and Mr. Johnson's revocation hearing is **CONTINUED** to **Thursday, November 20, 2014 at 10:00 am.**

It is so ORDERED.

Entered this the 30th day of September, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT